**BRUNO & DEGENHARDT, P.C.**
ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C. AND VA.

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

February 3, 2016

**VIA ECF**
The Honorable Eric N. Vitaliano
United States Senior District Judge
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *U.S. v. Abraxas J. Discala, et al.*, 14-CR-00399 (ENV)
             <u>Defendant Darrin Ofsink's Request to Travel</u>

Dear Judge Vitaliano:

    We represent Defendant Darrin Ofsink in the above-referenced matter. Mr. Ofsink respectfully requests the Court's permission to travel outside the geographical areas set as a condition of his bail. The Government and Pretrial Services do not object to Mr. Ofsink's request to travel.

    Specifically, Mr. Ofisink requests permission to travel with his wife and two daughters to the family's residence in Palm Beach, Florida, from February 12, 2016 through February 22, 2016. Mr. Ofsink's flight itinerary, as well as his contact information, will be provided to Pretrial Services in advance of the trip.

    As stated above, we have communicated with AUSA Shannon Jones and Pretrial Officer Marnie Gerardino about this request, and neither has any objection.

    Thank you for your consideration regarding this request.

Respectfully submitted,

*Christopher Bruno*
Christopher Bruno

cc:    AUSA Shannon Jones (by ECF)
        U.S. Pretrial Services Officer Marnie Gerardino (by email)