

U.S. Department of Justice

United States Attorney
Eastern District of New York

SCJ
F. #2013R01203

271 Cadman Plaza East
Brooklyn, New York 11201

March 11, 2016

By FedEx

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

David Usher Gourevitch, Esq.
950 Third Avenue
32nd Fl.
New York, NY 10022

Amy Walsh, Esq.
Morvillo LLP
200 Liberty Street, 27th Floor
New York, NY 10281

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Patrick J. Smith, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

Christopher Bruno
Bruno & Degenhardt
10615 Judicial Drive, Suite 703
Fairfax, VA 22030

Re:   United States v. Discala, et al.
        Criminal Docket No. 14-399 (ENV)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

Enclosed is a disc containing materials specified below:

Defense Counsel
March 11, 2016
Page 2

| Document Description | Bates Range |
|---|---|
| Documents seized from Discala's home | EDNY-DD-000000001 to EDNY-DD-000039627[1] |
| Wiretap calls 4392, 4398, 4498, 4520, 4550, 4552 | EDNY-ITEN-000373851 |
| Line-sheets (non-SMS): both pertinent and non-pertinent wiretap calls | EDNY-ITEN-000373852 to EDNY-ITEN-000377332 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

ROBERT L. CAPERS
Acting United States Attorney

By:      /s/
Shannon C. Jones
Patrick Hein
Chris Nasson
Assistant U.S. Attorneys
(718) 254-6379 (Jones)

Enclosure

Cc:   Clerk of Court (ENV) (by ECF) (w/o enclosure)

---

[1] Discala's counsel has asserted privilege over the following documents which have been intentionally omitted from this bates-range:  (box 3) 3911; 3939; 3941-3943; 3951-3995; 4089-4091; 4159-4164; 4278-4307; 4312-4314; 4421-4430; 4435-4556; 4562-4573; 4578-4658; 4689-4779; 4817-4822; 5348-5362; 5670-5682; 6589-6590; (box 4) 7008-7013; 7022-7023; 7029-7055; 7128-7131; 7143-7238; (box 5) 9173; 9182-9185; 9209-9216; (box 6) 12351-12353; 12356-12359; 12362; 12375-12379; 12386-12389; 12894-12899; 12986; 15207-15209; (box 7) 15472-15482; 15506-15510; 15608-15631; 16298-16301; 16311-16312; 16402-16410; 16775; 17400; 17412-17414; 17424-17442; 17505-17513; 17658; (box 8) 19471; 19474; 19508-19509; 19601-19608; (box 9) 21526-21527; 21729-21730; 21786-21815; (box 12) 29620-29626; 29745-29772; (box 13) 33707; (box 14) 34628; 35968-35971; (box 15) 37010-37012; 37143-37146.