

U.S. Department of Justice

United States Attorney
Eastern District of New York

SCJ
F. #2013R01203

271 Cadman Plaza East
Brooklyn, New York 11201

June 6, 2016

<u>By Email</u>

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

David Usher Gourevitch, Esq.
950 Third Avenue
32nd Fl.
New York, NY 10022

Amy Walsh, Esq.
Morvillo LLP
200 Liberty Street, 27th Floor
New York, NY 10281

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Patrick J. Smith, Esq.
Smith Villazor LLP
1700 Broadway, Suite 2801
New York, New York 10019

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

Christopher Bruno
Bruno & Degenhardt
10615 Judicial Drive, Suite 703
Fairfax, VA 22030

Re: United States v. Discala, et al.
<u>Criminal Docket No. 14-399 (ENV)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

Please find attached text messages and other information seized from the cell phone of defendant Discala.

Also attached, as a courtesy and an aid in reviewing the electronic data seized from OmniView's offices, is a list of the search terms and the number of documents produced that are responsive to each search term. Please note that this document was created by a legal

Defense Counsel
June 6, 2016
Page 2

assistant who searched each term using Relativity 8 software and the "dtSearch" function, which is slightly more inclusive than a "Keyword Search."

    If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

        Very truly yours,

        ROBERT L. CAPERS
        United States Attorney

By:    /s/
        Shannon C. Jones
        Patrick Hein
        Chris Nasson
        Assistant U.S. Attorneys
        (718) 254-6379 (Jones)

Cc:    Clerk of Court (ENV) (by ECF w/o attachments)

Case 1:14-cr-00399-ENV Document 231 Filed 06/06/16 Page 2 of 2 PageID #: 1033