**BRUNO & DEGENHARDT, P.C.**
ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C. AND VA.

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

October 29, 2018

**VIA ECF**
The Honorable Eric N. Vitaliano
United States Senior District Judge
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *U.S. v. Abraxas J. Discala, et al.*, 14-CR-00399 (ENV)
<u>Defendant Darren Ofsink's Request to Travel</u>

Dear Judge Vitaliano:

We represent Defendant Darren Ofsink in the above-referenced matter. Mr. Ofsink respectfully requests the Court's permission to travel outside the geographical areas set as a condition of his bail. The Government and Pretrial Services do not take a position in regard to Mr. Ofsink's request to travel.

Specifically, Mr. Ofsink requests permission to travel with his wife to the University of Michigan for parent weekend for their daughter who is a freshman. Mr. Ofsink is requesting permission to depart New York on Friday, November 2, and return on Sunday, November 4, 2018. Mr. Ofsink and his family will be staying at the Comfort Inn in Ann Arbor, Michigan, and his complete travel itinerary, as well as his contact information, will be provided to Pretrial Services in advance of the trip.

As stated above, we have communicated with AUSA Shannon Jones and Pretrial Officer Mallori Brady, and neither will take a position regarding this request.

Thank you for your consideration regarding this request.

Respectfully submitted,

/s/
Christopher Bruno

cc: AUSA Shannon Jones (by ECF)
U.S. Pretrial Services Officer Mallori Brady (by email)